Case 1:25-mj-00032-MAU    Document 1-1

Case: 1:25-mj-00032
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 3/6/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF OFFENSE**

On March 1, 2025, at approximately 5:25 pm, members of the Metropolitan Police Department's ("MPD") Seventh District Special Missions Unit ("SMU") were on patrol in the Seventh District. SMU members were in full uniform in a fully marked cruiser near 4700 South Capitol Street SE, Washington, D.C.

As officers drove on the 400 Block of Southern Avenue, they observed an individual standing to the left side of a Shell gas station, later identified as Kelon DUKES, smoking what appeared to be a marijuana cigarette. When DUKES noticed the officers, Officer Yeilen Fernandez observed DUKES toss the cigarette and a black bag, then run, toward the Maryland border. *See* Figure 1.



*Figure 1: DUKES, in red, fleeing from officers*

MPD officers pursued DUKES on foot while other officers remained at the location of the tossed marijuana cigarette and bag. After a brief chase, MPD officers apprehended and detained DUKES on the sidewalk on the 400-block of Southern Avenue SE. Officer Stewart patted DUKES down for officer safety subject to his detention. During the pat down, Officer Stewart felt a solid, L-shaped object in the left front pocket of DUKES' jacket. Officer Michael Moyer recovered the firearm from the inside left jacket pocket. *See* Figure 2.



*Figure 2: Firearm in Mr. Dukes' left jacket pocket*

Officers also recovered Mylar bags and cash from DUKES. *See* Figure 3.



*Figure 3: Mylar bag recovered from Mr. Dukes' person*

Upon inspection, the officers identified the firearm as a Sig Sauer P365, 9mm pistol, bearing Serial Number (SN) 66G022116, loaded with eight (8) rounds of ammunition with one (1) round in the

chamber. The firearm appeared to be fully functional and operable, capable of being fired by one hand with a barrel length of less than 12 inches, and capable of expelling a projectile by the action of an explosive. Additionally, upon a law enforcement database check, officers discovered that the firearm with SN 66G022116 had been reported stolen.

No firearms or ammunition are manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.



*Figure 4: Recovered Firearm*

Officers canvassed the area where DUKES was smoking marijuana and recovered the black bag and marijuana cigarette that DUKES tossed. Officer Fernandez observed the cigarette appeared to be infused with Hashish THC Wax. The bag contained 1.7 ounces of marijuana in assorted Mylar bags, a scale, and cash in various denominations. *See* Figure 5.



*Figure 5: Contents of black bag*

The officers arrested DUKES in connection with his possession of the above-referenced firearm and transported him to the Seventh District police station for processing. In the transport vehicle, DUKES said something to the effect of "I saw you roll up I dropped the joint and I walked off to show respect."

DUKES was identified by word of mouth as "Davonte Williams" but later confirmed to be Kelon Dukes, DOB: 05/06/2004 through a WALES/NCIC check. DUKES was convicted under 2023 CF2 2004064 as guilty of: Carrying a Pistol Without a License (CPWL), Possession of an Unregistered Firearm and Unlawful Possession of Ammunition, and sentenced to 16 months' incarceration, suspended as to all but 8 months. DUKES was also convicted under 2023 CF2 002076 of Carrying

a Pistol Without a License (CPWL). CPWL is a crime which is punishable by a term of imprisonment exceeding one year.

Respectfully Submitted

_____
Special Agent Nobi Thomas
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 6, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE